UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES ASHFORD,**                                                        **PLAINTIFF**
**ADC # 133975**

v.                **CASE NO. 5:08cv00206 BSM/BD**

**TERRY LAIN, et al.**                                                 **DEFENDANTS**

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Plaintiff's motions to amend [Doc. Nos. 30, 32] are DENIED.

IT IS SO ORDERED, this 15th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE