# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES ASHFORD**
**ADC # 133975**                                                          **PLAINTIFF**

**v.**                         **CASE NO. 5:08cv00206 BSM/BD**

**TERRY LAIN and**
**EDWIN BROWN**                                                          **DEFENDANTS**

## ORDER

Plaintiff Charles Ashford requests that this case be dismissed with prejudice due to settlement.  [Doc. No. 51].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE